IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-60351
Summary Calendar

ORLANDO Y. SAY,
also known as Orlando Yobani Say-Tuch,
also known as Orlando Yobani Tuch,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A76 428 121
--------------------
March 25, 2003

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:*

      Orlando Y. Say, a citizen of Guatemala, petitions this court for review of the Board of Immigration Appeals (BIA) decision denying his application for political asylum and his request for withholding of removal. Say asserts that he has suffered past persecution and fears future persecution because of a statutorily protected ground and that a reasonable fact-finder would have been

---

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

compelled to conclude that he has a well-founded fear of persecution in Guatemala.

The BIA based its denial of Say's application for political asylum and his request for withholding of removal upon the Immigration Judge's finding that Say was not a credible witness and that his claims of persecution were unbelievable. This court does not review BIA decisions based purely on the Immigration Judge's assessment of the alien's credibility. Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).

Moreover, even taking Say's testimony as true, this does not establish a case for asylum. His testimony does not establish a particularized connection between his political activity and his current fear of persecution. See Faddoul v. INS, 37 F.3d 185, 188 (5th Cir. 1994). Say's petition for review of the BIA decision is **DENIED**.